Shapiro et ux., Appellants, *v.* Grabosky.

Argued January 9, 1936. Before SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

558

560

*Frank Fogel,* for appellants.

*J. Rouse Burns,* for appellee, was not heard.

PER CURIAM, March 23, 1936:
The judgments are affirmed on the opinion of Judge STERN.